

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-10-2012

# In Re: John Douglas Parker

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-4423

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: John Douglas Parker " (2012). *2012 Decisions.* Paper 298.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/298

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HLD-003                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4423
_____

IN RE:  JOHN DOUGLAS PARKER,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 5-08-cr-00534-001)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
December 22, 2011

Before:  McKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges

(Opinion filed: October 10, 2012)
_____

OPINION
_____

PER CURIAM

        Petitioner John Douglas Parker filed a petition for writ of mandamus on December

15, 2011, asking us to order the District Court to render a decision on his motion to

vacate his sentence under 28 U.S.C. § 2255.  Parker's § 2255 motion, filed in July 2010,

had been ripe for disposition since October 2010.

        By order entered December 19, 2011, the District Court dismissed Parker's § 2255

motion, declined to issue a certificate of appealability, and closed Parker's case.  Because

the District Court granted Parker the relief he requested in his mandamus petition—a decision on his § 2255 motion—his mandamus petition has been rendered moot, and we will deny it accordingly.